**DENIED and Opinion Filed June 12, 2024**



**In the**
### Court of Appeals
### Fifth District of Texas at Dallas

---

**No. 05-24-00684-CV**

---

**IN RE KEITH BALDEO, Relator**

---

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-11243**

---

## MEMORANDUM OPINION
Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Carlyle

Before the Court is relator's June 7, 2024 petition for writ of mandamus. Upon review, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.); *see also* TEX. R. APP. P. 52.3(a) (requiring complete list of all parties including the person against whom relief is sought), 52.3(c) (requiring index of authorities arranged alphabetically and indicating the pages of the petition where the authorities are cited), 52.3(d) (requiring a statement of the case), 52.3(g) (requiring statement of facts supported by citations to an appendix or

record), 52.3(h) (requiring clear and concise argument with appropriate citations to authorities and to the appendix or record), 52.3(i) (requiring a short conclusion that clearly states the nature of the relief sought), 52.3(k)(1)(A) (requiring "a certified or sworn copy of any order complained of, or any other document showing the matter complained of"), 52.7(a)(1) (requiring "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); *In re Fears*, No. 05-24-00154-CV, 2024 WL 748077, at *1 (Tex. App.—Dallas Feb. 23, 2024, orig. proceeding) (mem. op.) (explaining how a relator may obtain certified or sworn copies of documents).

Accordingly, we deny relator's petition for writ of mandamus.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

240684F.P05

–2–